UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGG JOSEPH LUCHESE,** | : | Civil No. 3:23-CV-00953 |
| **Plaintiff,** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **KILOLO KIJAKAZI**, **Acting Commissioner of Social Security** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 15th day of December 2023, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Clerk shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security; and,

2. The Clerk of Court shall **CLOSE** this case.

                                               *s/Martin C. Carlson*
                                               Martin C. Carlson
                                               United States Magistrate Judge